THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
The State, Respondent,
v.
Shellra Mance, Appellant.
 
 
 

Appeal From Spartanburg County
 Michael J. Baxley, Circuit Court Judge

Unpublished Opinion No. 2006-UP-063
Submitted January 3, 2006  Filed January 26, 2006

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, Office of the Attorney General, all of Columbia;  and  Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.  
 
 
 

PER CURIAM:  A Spartanburg County jury convicted Shellra Mance of homicide by child abuse, unlawful neglect by a legal guardian, and assault and battery of a high and aggravated nature.  The trial court sentenced her to life in prison for the homicide and ten years each on the neglect and assault charges to run concurrently. Mance appeals, arguing the trial court should have granted her motion for directed verdict.  In addition, Mance filed a pro se brief asserting ten separate grounds for appeal.  After a thorough review of the record and briefs, we dismiss[1] Mances appeal and grant counsels motion to be relieved pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991). 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.